COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name: Phuongvi An Nguyen, Baytown Manor Apartments LLC, and PVN, Inc. v. Richard Mik and Sky 3d Investments, LLC.

Appellate case number: 01-14-00640-CV

Trial court case number: 2014-38632

Trial court: 214th District Court of Harris County

This appeal was stayed pursuant to the Suggestion of Bankruptcy filed in this Court on July 29, 2014, stating that appellant, Baytown Manor Apartments, LLC, had filed a bankruptcy petition in the United States District Court for the Southern District of Texas, which was assigned case number 14-34092. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). Through the Public Access to Court Electronic Records ("PACER") website, the Court has learned that appellant's bankruptcy case was dismissed on November 21, 2014. Accordingly, the Court directs the Clerk of this Court to **reinstate** this appeal as an active case on the Court's docket.

However, although the filing fee has been paid, the reporter's record had not been filed according to the info sheet filed on July 30, 2014. Thus, appellants are **ORDERED** to request and pay, or make arrangements to pay, for the reporter's record **within 30 days** of this order, or this Court may set the briefing schedule and decide this appeal on those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Finally, because the clerk's record also has not been filed, appellants are **ORDERED** to request and pay, or make arrangements to pay, the district clerk for the clerk's record fee, and file evidence of such payment with the Clerk of this Court **within 30 days** of the date of this order, **or this appeal will be dismissed for want of prosecution without further notice**. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
        ⊠ Acting individually
Date: August 16, 2016